**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: MIDDLETON, Steven D. and MIDDLETON, Larry D. c/r | Investigation Number: 782015-09-0056 | Report Number: 5 |
|---|---|---|

## SUMMARY OF EVENT:

On June 9, 2010, agents from the Houston ATF Field Office Groups I and II, Beaumont ATF Field Office, deputies of the Trinity County Sheriff's office and the Texas Department of Public Safety served two federal arrest warrants at 212 Bette Street Trinity, Texas 75862, the residence of Larry Don MIDDLETON and Steven Daniel MIDDLETON, both convicted felons. Special Agent Stephen Bridgmon admonished Larry Don MIDDLETON and Steven Daniel MIDDLETON as per Miranda on this same date at approximately 0620 hrs and Special Agent Travis Gates witnessed.

## NARRATIVE:

1. On June 3, 2010, The U.S. District Court Eastern Division of Texas issued two federal arrest warrants #1:10CR68-1 and #1:10CR68-2 for Larry Don MIDDLETON, ▬▬▬▬▬▬, and Steven Daniel MIDDLETON, ▬▬▬▬▬▬ both residing at 212 Bette Street Trinity, Texas 75862 for felons in possession of firearms.

2. On June 9, 2010, agents from the Houston ATF Field Office, Beaumont ATF Field Office, deputies of the Trinity County Sheriff's office and the Texas Department of public Safety served two federal arrest warrants at 212 Bette Street Trinity, Texas 75862, the residence of both Larry Don MIDDLETON and Steven Daniel MIDDLETON. The warrants were served at approximately 0600 hrs, and both suspects were arrested without incident.

3. Special Agent Stephen Bridgmon admonished Larry Don MIDDLETON and Steven Daniel MIDDLETON as per Miranda on this same date at approximately 0620 hrs and Special Agent Travis Gates witnessed. Both subjects were asked if they understood their rights and they stated that they did understand. Steven Daniel MIDDLETON'S girlfriend, Wendy Deann SMITH, W/F, ▬▬▬▬▬▬ was also present in the addition to the residence during this time.

4. While in the bedroom of Larry Don MIDDLETON officers noticed in plain view several live rounds of ammunition. Larry Don MIDDLETON stated that he wanted to abandon the ammunition that was left from the search warrant that was conducted by the Trinity county Sherriff's office on March 20, 2009. Special Agent Bridgmon obtained Larry Don MIDDLETON's signature on an ATF Form 3400.1 Notice of Abandonment of Property and Release of Claim that listed the assorted ammunition. S/A Bridgmon provided Larry Don MIDDLETON with a copy of this form.

5. Larry Don MIDDLETON'S wife, Linda Francine MIDDLETON, W/F, ▬▬▬▬▬▬, and a relative, Howard Allen MIDDLETON, W/M, ▬▬▬▬▬▬, were also present in the main residence during this time. Howard Allen MIDDLETON is currently on parole.

| Prepared by: Stephen D. Bridgmon | Title: Special Agent, Houston I South Group/VCIT Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Larry D. Sanders | Title: Resident Agent in Charge, Beaumont Field Office | Signature: | Date: |
| Second level reviewer (optional): J. Dewey Webb | Title: Special Agent in Charge, Houston Field Division | Signature: | Date: |

GOVERNMENT EXHIBIT 1 1:10-CR-68(1)

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: MIDDLETON, Steven D. and MIDDLETON, Larry D. c/r | Investigation Number: 782015-09-0056 | Report Number: 5 |
|---|---|---|

6. Special Agents Bridgmon and Jauregui transported Larry Don MIDDLETON to the ATF Beaumont field office on this date for processing. Special Agents Gates and Wolfe transported Steven Daniel MIDDLETON to the ATF Beaumont field office on this date for processing. Both subjects were then transported to the Jefferson County Jail.

7. Special Agents Bridgmon and Parker counted and documented the assorted ammunition. The abandoned property was transported by Special Agent Bridgmon to the Beaumont Field Office and placed in the vault on 06/16/2010.

Attached: **ATF Form 3400.1 Notice of Abandonment of Property and Release of Claim**
**Arrest Warrant 1:10CR68-1**
**Arrest Warrant 1:10CR68-2**



U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Notice of Abandonment of Property and Release of Claim

**1. Investigation Number:** 782015-09-0056

**2. Full Name and Current Address of Owner:** Larry Don Middleton, 212 Bette St, Trinity, Texas

**3a. Date of Seizure:** 6-9-10

**3b. Date taken into ATF Custody:** 6-9-10

**4. Judicial District in which Articles were Seized:** Eastern District of Texas

**5. ATF Field Division:** Houston Field Division Group I

**6. Description of Seized Property**

| (a) Item Number | (b) Description of Property |
|---|---|
| 27 boxes | Assorted Ammunition |

(Use reverse side if necessary)

**7. Abandonment and Release of Claim**

I, the undersigned, hereby voluntarily abandon all interest in and rights or claims to the above-described property in order that appropriate disposition may be made thereof by the Bureau of Alcohol, Tobacco, Firearms and Explosives. I specifically waive any right to personal notice of the Bureau of Alcohol, Tobacco, Firearms and Explosives intent to forfeit the above-described property and any right to challenge the forfeiture of the above-described property under Federal law.

I further agree to unconditionally release and hold harmless the Bureau of Alcohol, Tobacco, Firearms and Explosives, its officers, employees and agents from any and all claim, grievances, entitlements, demands, damages, causes of action or suits, whether in their official or individual capacity, of whatever kind and description, and wheresoever situated, that might now exist or hereafter arise by reason of, or growing out of, or affecting, directly or indirectly, the seizure, custody, or disposition of the above-described property. I further agree to hold harmless and indemnify the Bureau of Alcohol, Tobacco, Firearms and Explosives, its officers, employees, and agents, to the extent of the value of the above-described property, against any claims possessed by any third party that may arise in any way from the seizure, custody or disposition of the above-described property.

**Signature:** Don Middleton  **Date:** 6-9-10

**8. Witnessed by**

**a. Special Agent Signature:** [signature]  **Date:** 6-9-10

**b. Other Witness Signature (Name and Title):** [signature] HPD TFO  **Date:** 6-9-2010

ATF Form 3400.1
Revised June 2005

06/08/2010 10:56 FAX 4098392585     USM BMT                                    ☒003

AO 442  (Rev. 10/03) Warrant for Arrest                          /9/22 77

# UNITED STATES DISTRICT COURT

| EASTERN | District of | TEXAS |

UNITED STATES OF AMERICA

v.                                                    **WARRANT FOR ARREST**

LARRY DON MIDDLETON
212 Bette; Trinity, TX 75862                  Case Number: 1:10cr68-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    LARRY DON MIDDLETON
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
Convicted Felon in Possession of a Firearm; Aid & Abet; criminal forfeiture

in violation of Title  18  United States Code, Section(s)  922(g)

DAVID J. MALAND                              _David Maland_
Name of Issuing Officer                       Signature of Issuing Officer

CLERK                                         6/3/10             Beaumont
Title of Issuing Officer                      Date               Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 10/03) Warrant for Arrest             19/2273

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

UNITED STATES OF AMERICA

v.

STEVEN DANIEL MIDDLETON
212 Bette; Trinity, TX 75862

**WARRANT FOR ARREST**

Case Number: 1:10cr68-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  STEVEN DANIEL MIDDLETON
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

SEALED
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
Convicted Felon in Possession of a Firearm; Aid & Abet; criminal forfeiture

in violation of Title  18  United States Code, Section(s)  922(g)

DAVID J. MALAND                    /s/ David Maland
Name of Issuing Officer             Signature of Issuing Officer

CLERK                              6/3/10        Beaumont
Title of Issuing Officer            Date          Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |