# TRINITY COUNTY SHERIFF
### Sheriff Ralph Montemayor Sr.
P.O. Box 95
214 W. First St.
Groveton, Texas 75845
Tel: (936) 642-1424
Fax: (936) 642-2869



## FAX TRANSMITTAL

This transmittal consists of information, which may be considered confidential by State and Federal law. This document is intended for the use of the Trinity County Sheriff's Department. If the reader of this message is not the intended recipient, please be notified that any use, dissemination, or copying of this information is strictly prohibited and may result in penalty. If you have received this communication in error, please contact the Sheriff's Office at (936) 642-1424.

## NUMBER OF PAGES INCLUDING THIS PAGE: 15

**DATE:** 1/18/2011
**TO:** ATF Houston
**ATTN:** Special Agent Joel Jauregui Jr.
**FAX NO.:** 1-281-372-3009
**FROM:** TCSO Narcotics Investigator P. Shipper
**RE:** *Larry Don Middleton's Arrest in 1997*

## COMMENTS:

*Any questions please feel free to contact me on my cell (936)-707-1244*

*THANKS*
*Paul W. Shipper*

Revised 3-22-09

**GOVERNMENT EXHIBIT**
2
1:10-CR-68(2)

# TRINITY COUNTY SHERIFF'S DEPARTMENT
## ARREST-INMATE REPORT

594-5710

| Field | Value |
|---|---|
| NAME (LAST) | Middleton |
| FIRST | Larry |
| MIDDLE | Don |
| S.O. NUMBER | 4902 |
| DATE OF COMMITMENT | 11-1-1997 |
| TIME BOOKED | 7:35 AM |
| NAME OF BOOKING OFFICER | Montemayor |
| ALIAS AND/OR NICKNAME | |
| CITIZEN OF U.S.? | YES |
| LEGALLY IN U.S.? | YES |
| SEARCHED BY | Montemayor & Garcia |
| WARNING GIVEN? | YES — BY: Montemayor |
| ADDRESS: STREET | P.O. Box 1674 |
| CITY | Trinity |
| STATE | TX |
| MARITAL STATUS | YES |
| LOCATION OF ARRESTED PERSON'S VEHICLE | Garrison Land — In Care of Larry Middleton |
| RACE | W |
| SEX | M |
| HEIGHT | 5'8" |
| WEIGHT | 220 |
| HAIR | BRO |
| EYES | GRN |
| COMPL | W |
| FINGERPRINTED? | YES |
| PHOTOGRAPHED? | YES |
| PLACE OF BIRTH | Trinity |
| OCCUPATION | Carpenter |
| PLACE OF EMPLOYMENT | Self |
| LEFT ARM AND HAND | N/A |
| DRIVERS LICENSE NUMBER | NONE |
| PREV. ARREST THIS AGENCY | YES |
| CHARGE(S) | 1. Felon in possession of Firearm |
| ARRESTING OFFICER(S) | 1. Montemayor 2. Garcia |
| PLACE OF ARREST | Garrison Land |
| DATE OF ARREST | 11-1-1997 |
| ARRESTEE ILL OR INJURED? | NO |
| NAME OF AGENCY ARRESTEE WAS RECEIVED FROM | TX. Parks & Wildlife |
| PREVIOUS CRIMINAL RECORD | See CH |
| CELL ASSIGNMENTS | 1. Detox |
| NAME OF NEXT OF KIN | Jessica Middleton |
| ADDRESS OF NEXT OF KIN | P.O. Box 1674 Trinity |
| TELEPHONE NO. | 594-5770 |

AUTHORITY FOR ARREST: (stamped "ENTERED")

FACTS OF ARREST NOT INCLUDED ABOVE:
Tx. D.C. Inmate Check - #587074
Winchester Rifle 3006 Model-70 XTR
Ser # G1530915   3 shells
Scope Redfield

OTHER CALLS PERMITTED: 1. Brother

| BOND AMOUNT | RETURN DATE | RELEASED ON BOND BY | RELEASED BY |
|---|---|---|---|
| $15,000 | 19 | SP 2 | MW |

PERSONAL BOND ☒

SHERIFF RALPH MONTEMAYOR   Sheriff Ralph Montemay   936 642 2869   2/16   01-18-2011   01:21:20 p.m.

| Inmate's Personal Property Receipt | | NAME OF INMATE: Middleton, Larry Don | | INMATE'S FILE NO. 4902 | |
|---|---|---|---|---|---|
| CURRENCY | $ 1464.00 | ALCOHOLIC BEV. | CAMERA | HAT/CAP | MEDICINE | RADIO/TV |
| | | AMMUNITION | CHECK BOOK | ID CARDS | MONEY CLIP | RAZOR |
| CHANGE | $ 1.67 | BAG-HAND | CLOTHING | JEWELRY | MUSICAL INST. | RING(S) |
| | | BELT | COMB / | KEY(S) 5 | NAIL CLIP | TOILET ARTICLES |
| CHECKS | $ | BILLFOLD | DRIVER'S LIC. / | KNIFE / | PAPERS | TOOLS |
| FOREIGN MONEY | $ | BOOKS | GLASSES | LIGHTER | PEN-PENCIL / | WATCH |
| | | BOXES | GLOVES | LUGGAGE | PURSE | |
| TOTAL | $ 1465.67 | | | | | |

OTHER ITEMS OF PROPERTY NOT CLASSIFIED ABOVE: (INCLUDE STORAGE LOCATION IF OTHER THAN BELOW)

1- Flashlight - ACE
1- Grunt call for "Deer"
Misc. Papers

I CERTIFY THAT THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL:

PRISONER'S SIGNATURE _____

I HEREBY ACKNOWLEDGE THE RECEIPT OF THE ABOVE ARRESTED INDIVIDUAL AND HIS/HER ITEMIZED PROPERTY ON THIS DAY OF _____ 19___ AT _____ ☐ AM ☐ PM.

SIGNATURE OF RECEIVING OFFICER _____

RECEIVED ALL OF THE ABOVE LISTED PROPERTY (MINUS ANY PROPERTY RELEASED AS INDICATED ON THIS RECEIPT)

ON THIS ___ DAY OF _____ 19___ AT _____ ☐ AM ☐ PM

PRISONER'S SIGNATURE  Don Middleton

IS WILL ACKNOWLEDGE RECEIPT OR WITHDRAWAL OF FUNDS:

| WN | CREDIT | BALANCE | DATE & INITIALS |
|---|---|---|---|
| | | | |

LOCATION OF PROPERTY

| 936 642 2869 | Sheriff Ralph Montemay | SHERIFF RALPH MONTEMAYOR | 01:26:05 p.m. | 01-18-2011 | 12/16 |

**U2U 262 4862** | TX01984907 | 886229V2 | TX0280000

### ARREST/IDENTIFICATION

- **NAME (LAST, FIRST, MIDDLE):** Middleton Larry Don
- **DATE OF BIRTH:** [redacted]
- **PLACE OF BIRTH:** TX
- **SEX:** M
- **RACE/ETH:** W
- **HGT:** [redacted]
- **WGT:** 220
- **EYES:** GRN
- **HAIR:** BRO
- **CITZ:** US
- **ADDRESS:** P.O. Box 1674
- **CITY:** Trinity
- **STATE:** TX
- **ZIP:** 75862
- **ORI (ARRESTING AGENCY):** TX2280000
- **NAME:** Trinity County S.O.
- **AGENCY CASE NO:** 4902
- **DATE OF ARREST:** 11/01/1997
- **AGENCY ARREST NO:** 4902
- **TRS:** A001
- **OFFENSE CODE:** 52030012
- **OFFENSE:** Unl Poss Firearm By Felon
- **STATUTE CITATION:** 46.04 PC
- **LEVEL:** Felony, Degree 3
- **DATE OF OFFENSE:** 11/01/1997
- **ARREST DISPOSITION:** Bond
- **DISPOSITION DATE:** 11/01/1997
- **PROSECUTOR ORI:** TX228015A
- **PREPARED BY:** M Watson
- **DATE:** 11/01/1997

MAGISTRATE'S WARNING OF RIGHTS
# State of Texas
# County of Trinity

Before me, the undersigned magistrate of the State of Texas on this day personally appeared __Larry Middleton__ in the custody of __Deputy Virgil Lagrone__, a peace officer, and said person was given the following warning by me:

☒ (1) You are charged with the offense of __Felon in Poss. of Fire Arm__ An affidavit charging you with this offense *(has) *(has not) been filed in this Court.

☒ (2) You have a right to hire a lawyer and have him present prior to and during any interview and questioning by peace officers or attorneys representing the State. If you are too poor to afford a lawyer, you have the right to request the appointment of a lawyer to be present prior to and during any such interview and questioning. You may have reasonable time and opportunity to consult your lawyer if you desire.

☒ (3) You have the right to remain silent.

☒ (4) You are not required to make a statement, and any statement you make can and may be used against you in Court.

☒ (5) You have the right to stop any interview or questioning at any time.

☒ (6) You have the right to have an examining trial.

Your bail is set at $ __1500.00__

*Bail not determined.

*Bail is denied.

☐ Check while reading

Place of warning: __Trinity Jail__

Person Warned: __Larry Middleton__

Magistrate: __[signature]__

Title: __[signature]__

TIME: __9:17 A__ M.

DATE: __11 - 1 - 1997__

REMARKS: _____

WITNESSES:

Name __[signature]__

Address _____

City _____

Name _____

Address _____

City _____

*Strike out what is not applicable
ORIGINAL: MAGISTRATE - 1ST COPY: STATE'S ATTORNEY - 2ND COPY: ARRESTING AGENCY - 3RD COPY: DEFENDANT

STATE OF TEXAS

No. _____

Trinity

IN _____ District COURT,

Trinity County

[B]y these Presents, That I, **LARRY DON MIDDLETON**

[ackno]wledge myself to owe and be indebted to the STATE OF TEXAS in the sum of

**$1500** Dollars

[there]to I am bound for the payment of all fees and expenses that may be incurred by peace officers

[prin]cipal in the event the conditions of this bond are violated. For the payment of which sum or sums,

[to be] made to the State of Texas, I hereby bind myself, my heirs, executors and administrators firmly

will appear before said Court at **Groveton Texas**

_____ (Address, city, county),

____ day of **INSTANTER** , 19____, at ____M. o'clock,

[said] Court, or pay to the Court the principal sum of $ _____ plus all necessary

[expen]ses incurred in any arrest for failure to appear.

[NOW], That whereas the said Principal stands charged by _____ **Ralph Montemayor**

**Larry D**

_____

in violation of the laws of the State of Texas;

**LARRY DON MIDDLETON** shall well and truly make h i s

before the **District** of **Trinity**

[at the] time and place stated above, and there remain from day to day and term to term, until dis-

[charg]e of law, then and there to answer said accusation and any and all subsequent proceedings had

[to be] against h i m , then this obligation shall become null and void; otherwise to remain in full

**Principal's Identification Information**

**LARRY DON MIDDLETON**

Address **BOX 1674**           **TRINITY    TEXAS**

Street No. & Name                    City                        State        Zip

Apartment Name & No.

I have been given my Rights by Officer Ralph Montemayor Sr. and fully understand them.

Signed *Don Middleton*

Date 11-1-97   Time 7:35 AM